UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-1554 MRW | Date | April 23, 2015 |
|---|---|---|---|
| Title | Zacel Chavez v. CU Revest, LLC | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | None |
| Deputy Clerk | | Court Smart / Reporter |
| Attorney Present for Plaintiff(s): | | Attorneys Present for Defendant(s): |
| None Present | | None Present |

**Proceedings:**        (IN CHAMBERS) ORDER RE: DISMISSING CASE

    Plaintiff filed a notice of voluntary dismissal in this case. (Docket # 7.)  This action is dismissed in its entirety.

: 00

Initials of Preparer        vm